UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MARCUS J. WILLIAMSON** | **CIVIL DOCKET 6:22-CV-1273** |
| **VERSUS** | **JUDGE DAVID C. JOSPEH** |
| **STATE OF LOUISIANA, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge [Doc. 14] previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the Objections to REPORT AND RECOMMENDATION [Doc. 15] filed in the record;

IT IS HEREBY ORDERED Williamson's COMPLAINT [Doc. 1] be DISMISSED WITHOUT PREJUDICE in accordance with the provisions of FRCP Rule 41(b).

THUS, DONE AND SIGNED in chambers on the 23rd day of June 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE